**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| ABBOTSFORD INTELLECTUAL PROPERTY LLC, ) ) <br>     Plaintiff, ) <br>     v. ) ) ) <br> SONIM TECHNOLOGIES, INC., ) ) <br>     Defendant. ) <br> _____ ) | C.A. NO. 1:15-cv-00045-LO-IDD <br><br> JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Abbotsford Intellectual Property LLC files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismissing all claims in this action **WITH PREJUDICE,** with each party to bear its own costs, expenses and attorneys' fees pursuant to agreement with Defendant Sonim Technologies, Inc. Defendant Sonim Technologies, Inc. has not filed either an answer or a motion for summary judgment in this matter .

Dated:  August 20, 2015                                  Respectfully submitted,

                                                                                             **/s/ Virginia W. Hoptman**

                                                          Virginia W. Hoptman (#65565)
                                                          James S. Kurz (# 16610)
                                                          REDMON, PEYTON & BRASWELL, LLP
                                                          510 King Street, Suite 301
                                                          Alexandria, VA 22314
                                                          Telephone:  (703) 684-2000
                                                          Facsimile:  (703) 684-5109
                                                          vhoptman@rpb-law.com
                                                          jkurz@rpb-law.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of August, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notifications to all ECF participants, including the following:

Stephen J. Gombita (Bar No. 83187)
DLA PIPER LLP (US)
500 Eighth Street, NW Washington, DC 20004
Tel: 202.799.4435
Fax: 202.799.5016


I also served a copy of the foregoing electronic mail to the following:

John M. Guaragna
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701
Tel:  512.457.7125
DLA:  812.7125
**john.guaragna@dlapiper.com**
*Counsel for Defendant Sonim Technologies, Inc.*


          **___/s/ Virginia W. Hoptman_____**

      Virginia W. Hoptman (#65565)
      James S. Kurz (# 16610)
      REDMON, PEYTON & BRASWELL, LLP
      510 King Street, Suite 301
      Alexandria, VA 22314
      Telephone:  (703) 684-2000
      Facsimile:  (703) 684-5109
      vhoptman@rpb-law.com
      jkurz@rpb-law.com

      *Counsel for Plaintiff AIP Intellectual Property LLC*